**Celia BELLINGER, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of the Social Security Administration, Defendant–Appellee.**

**No. 13–2125–cv.**

United States Court of Appeals, Second Circuit.

April 3, 2014.

Elizabeth A. Mason, New York, N.Y., for Plaintiff–Appellant.

Kathleen A. Mahoney, Assistant United States Attorney (Varuni Nelson, Assistant

---

United States Attorney, on the brief), for Loretta E. Lynch, United States Attorney for the Eastern District of New York, Brooklyn, N.Y.

PRESENT: RICHARD C. WESLEY, SUSAN L. CARNEY, Circuit Judges, and RICHARD K. EATON,* Judge.

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court is **AFFIRMED** for substantially the same reasons stated by the district court in its opinion dated March 28, 2012.